## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Angelina Charles | : | |
|    Debtor | : | |
| | : | BANKRUPTCY NO.: 18-11710-mdc |

## CERTIFICATION OF NO RESPONSE
## TO DEBTOR'S MOTION TO EXTEND THE STAY

I, Brandon Perloff, Esq, Counsel for Debtor in the above matter, do hereby certify that no responses to the debtor's Motion to Extend the Automatic Stay have been served upon me.

WHEREFORE, the Motion is uncontested and the undersigned requests this Honorable Court to enter the proposed Order submitted with the Motion, a copy of which was attached thereto.

Respectfully submitted,

DATE: April 5, 2018

/s/ Brandon Perloff, Esq
Brandon Perloff, Esquire
Attorney for the Debtor
1429 Walnut Street, Suite 701
Philadelphia, PA 19102
267-457-5570