Process Date - MAR 6, 2018

From - To Check History Report

Page - 1

PHILADELPHIA, PA 19138

1682 - J FINE LAW PC

| | REGULAR WAGES | O/TIME WAGES | SALARY WAGES | SICK WAGES | VACATION WAGES | BONUS WAGES | OTHER WAGES | MEDFICA TAX | | | CAFE 1 DEDUCT | 401-K DEDUCT | CO401K BENEFIT | NET PAY | TRANS ACTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WEEK 45 - PROC 023 Check Date - NOV 9, 2017 Period End - NOV 3, 2017 | 80.00 | | 2115.39 | | | | | 131.15 | 161.44 | 64.94 | 82.30 | PA 1.48 | | 2115.39 1643.41 | 00000020 |
| WEEK 49 - PROC 025 Check Date - DEC 8, 2017 Period End - DEC 1, 2017 | 61.00 1612.99 | | | | | | | 100.00 23.39 | 86.08 | 49.52 | 62.76 | PA 1.13 | | 1612.99 1290.11 | VOUCHER |
| WEEK 01 - PROC 001-2 Check Date - JAN 5, 2018 Period End - DEC 29, 2017 | 72.00 1903.85 | | | | | | | 118.04 27.61 | 129.71 | 58.45 | 74.07 | PA 1.14 | | 1903.85 1494.83 | VOUCHER |
| WEEK 05 - PROC 003 Check Date - FEB 2, 2018 Period End - JAN 26, 2018 | 80.00 | | 2115.39 | | | | | 131.15 30.67 | 128.42 | 64.94 | 82.30 | PA 1.27 | | 2115.39 1676.64 | VOUCHER |
| WEEK 09 - PROC 006 Check Date - MAR 2, 2018 Period End - FEB 23, 2018 | 68.00 1798.08 | | | | | | | 111.48 26.07 | 90.35 | 55.20 | 69.96 | PA 1.08 | | 1798.08 1443.94 | VOUCHER |

PROC - 006

MAR/06/2018/TUE 12:26 PM    KWARTLER MANUS LLC    FAX No.    P. 002
RECEIVED 03/06/2018 01:01PM 2674575571
APR/10/2018/TUE 03:40 PM    KWARTLER MANUS LLC    FAX No.    P. 002/003
RECEIVED 04/10/2018 03:15PM 2674575571