IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Angelina Charles | : | |
| Debtor | : | |
| | : | BANKRUPTCY NO.: 18-11710-mdc |

### O R D E R TO CONTINUE THE AUTOMATIC STAY

AND NOW, this 10th day of April 2018, upon consideration of Debtor's Motion to Continue the Automatic Stay, it is hereby, ORDERED AND DECREED that the Automatic Stay in the above captioned matter shall remain in full force and effect as to all creditors for the duration of this case.

BY THE COURT:

_____
Hon. Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE

cc:    United States Trustee
       USTPRegion03.PH.ECF@usdoj.gov

       William C. Miller, Chapter 13 Trustee
       ecfemails@ph13trustee.com, philaecf@gmail.com