United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Angelina Charles  
     Debtor

Case No. 18-11710-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: JEGilmore     Page 1 of 1     Date Rcvd: Apr 12, 2018  
                     Form ID: pdf900     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2018.  
db         +Angelina Charles,   6322-6324 N. Norwood Street,   Philadelphia, PA 19138-2530

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg        E-mail/Text: bankruptcy@phila.gov Apr 13 2018 01:35:49   City of Philadelphia,  
            City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,  
            Philadelphia, PA  19102-1595  
smg        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 13 2018 01:35:27  
            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,  
            Harrisburg, PA  17128-0946  
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 13 2018 01:35:41   U.S. Attorney Office,  
            c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404  
                                                                    TOTAL: 3

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2018                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2018 at the address(es) listed below:  
            BRANDON J. PERLOFF    on behalf of Debtor Angelina  Charles bperloff@kminjurylawyers.com,  
            kmecf1429@gmail.com  
            KEVIN G. MCDONALD    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,  
            as Turstee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series  
            2006-22 bkgroup@kmllawgroup.com  
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
            WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                            TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Angelina Charles | : | |
| Debtor | : | |
| | : | BANKRUPTCY NO.: 18-11710-mdc |

## O R D E R TO CONTINUE THE AUTOMATIC STAY

AND NOW, this 10th day of April 2018, upon consideration of Debtor's Motion to Continue the Automatic Stay, it is hereby, ORDERED AND DECREED that the Automatic Stay in the above captioned matter shall remain in full force and effect as to all creditors for the duration of this case.

BY THE COURT:

_____
Hon. Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE

cc:    United States Trustee
       USTPRegion03.PH.ECF@usdoj.gov

       William C. Miller, Chapter 13 Trustee
       ecfemails@ph13trustee.com, philaecf@gmail.com