Process Date - APR 18,2018     From - To Check History Report     Page - 1

CHARLES, ANGELINA C   0027
6322 N. NORWOOD STREET
PHILADELPHIA, PA 19138

| Period | REGULAR HOURS / WAGES | O/TIME HOURS / WAGES | SALARY WAGES | SICK HOURS / WAGES | VACATION HOURS / WAGES | PERSONAL BONUS WAGES | OTHER HOURS / WAGES | FICA / MEDFICA TAX | FED WTH TAX | STATE TAX | LOCAL TAX / CAFE 1 DEDUCT | UNEMPL TAX / 401-K DEDUCT | MISC DEDUCT / C401K BENEFIT | GROSS PAY / NET PAY | CHECK # / TRANS ACTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WEEK 43 - PROC 022<br>Check Date - OCT 27,2017<br>Period End - OCT 20,2017 | 40.00<br>1057.70 | | | | | | | 65.58<br>15.34 | 25.77 | PA 32.47 | 41.15 | PA 0.74 | | 1057.70<br>876.65 | 00000017 |
| WEEK 45 - PROC 023<br>Check Date - NOV 9,2017<br>Period End - NOV 3,2017 | 80.00 | | 2115.39 | | | | | 131.15<br>30.67 | 161.44 | PA 64.94 | 82.30 | PA 1.48 | | 2115.39<br>1643.41 | 00000020 |
| WEEK 47 - PROC 024<br>Check Date - NOV 24,2017<br>Period End - NOV 17,2017 | 80.00 | | 2115.39 | | | | | 131.16<br>30.67 | 161.44 | PA 64.94 | 82.30 | PA 1.48 | | 2115.39<br>1643.40 | VOUCHER |
| WEEK 49 - PROC 025<br>Check Date - DEC 8,2017<br>Period End - DEC 1,2017 | 61.00<br>1612.99 | | | | | | | 100.00<br>23.39 | 86.08 | PA 49.52 | 62.76 | PA 1.13 | | 1612.99<br>1290.11 | VOUCHER |
| WEEK 51 - PROC 027<br>Check Date - DEC 22,2017<br>Period End - DEC 15,2017 | 80.00 | | 2115.39 | | | | | 131.16<br>30.67 | 161.44 | PA 64.94 | 82.30 | PA 1.48 | | 2115.39<br>1643.40 | VOUCHER |
| WEEK 01 - PROC 001-2<br>Check Date - JAN 5,2018<br>Period End - DEC 29,2017 | 72.00<br>1903.85 | | | | | | | 118.04<br>27.61 | 129.71 | PA 58.45 | 74.07 | PA 1.14 | | 1903.85<br>1494.83 | VOUCHER |
| WEEK 03 - PROC 002<br>Check Date - JAN 19,2018<br>Period End - JAN 12,2018 | 69.75<br>1844.36 | | | | | | | 114.35<br>26.74 | 95.90 | PA 56.62 | 71.76 | PA 1.11 | | 1844.36<br>1477.88 | VOUCHER |
| WEEK 05 - PROC 003<br>Check Date - FEB 2,2018<br>Period End - JAN 26,2018 | 80.00 | | 2115.39 | | | | | 131.15<br>30.67 | 128.42 | PA 64.94 | 82.30 | PA 1.27 | | 2115.39<br>1676.64 | VOUCHER |
| WEEK 07 - PROC 004<br>Check Date - FEB 16,2018<br>Period End - FEB 9,2018 | 64.00<br>1692.31 | | | | | | | 104.93<br>24.54 | 77.65 | PA 51.95 | 65.84 | PA 1.01 | | 1692.31<br>1366.39 | VOUCHER |
| WEEK 09 - PROC 006<br>Check Date - MAR 2,2018<br>Period End - FEB 23,2018 | 68.00<br>1798.08 | | | | | | | 111.48<br>26.07 | 90.35 | PA 55.20 | 69.96 | PA 1.08 | | 1798.08<br>1443.94 | VOUCHER |
| WEEK 11 - PROC 007<br>Check Date - MAR 16,2018<br>Period End - MAR 9,2018 | 80.00 | | 2115.39 | | | | | 131.15<br>30.68 | 128.42 | PA 64.94 | 82.30 | PA 1.27 | | 2115.39<br>1676.63 | VOUCHER |
| WEEK 13 - PROC 008<br>Check Date - MAR 30,2018<br>Period End - MAR 23,2018 | 80.00 | | 2115.39 | | | | | 131.16<br>30.67 | 128.42 | PA 64.94 | 82.30 | PA 1.27 | | 2115.39<br>1676.63 | VOUCHER |
| WEEK 15 - PROC 009<br>Check Date - APR 13,2018<br>Period End - APR 6,2018 | 80.00 | | 2115.39 | | | | | 131.15<br>30.67 | 128.42 | PA 64.94 | 82.30 | PA 1.27 | | 2115.39<br>1676.64 | VOUCHER |
| *** EMPLOYEE SS# xxx-xx-1752<br>*** OCT 24,2017  2,115.39<br>*** CHARLES, ANGELINA C<br>*** PAYROLL HISTORY TOTALS | 934.75<br>9909.29 | | 14807.73 | | | | | 1532.46<br>358.39 | 1503.46 | 758.79 | 961.64 | 15.73 | | 24717.02<br>19586.55 | 13 |

1682 - J FINE LAW PC     PROC - 009