# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-11710-MDC

ANGELINA CHARLES

6322-6324 N. NORWOOD STREET

PHILADELPHIA, PA 19138

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ANGELINA CHARLES

    6322-6324 N. NORWOOD STREET

    PHILADELPHIA, PA 19138

Counsel for debtor(s), by electronic notice only.

    BRANDON J. PERLOFF
    KWARTLER MANUS LLC
    1429 WALNUT STREET STE 701
    PHILADELPHIA, PA 19102-

Date: 9/14/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee