# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Angelina Charles<br>　　　　　　Debtor<br><br>Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon FKA The Bank of New York, as Turstee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-22<br>　　　　　　Movant<br>　　vs.<br><br>Angelina Charles<br>　　　　　　Respondent | CHAPTER 13<br><br><br><br>NO. 18-11710 MDC<br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection of Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon FKA The Bank of New York, as Turstee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-22 to Confirmation of Chapter 13 Plan, which was filed with the Court on or about March 30, 2018 (Document No. 14).

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**/s/ Kevin G. McDonald, Esquire**
　　　　　　　　　　　　　　　　　　Kevin G. McDonald, Esquire
　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　215-627-1322

October 25, 2018