## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                : CHAPTER 13
Angelina Charles              :
   Debtor                      : BANKRUPTCY NO.:  18-11710-MDC

### RESPONSE TO MOTION FOR RELIEF

Debtor, by her attorney, Brandon Perloff, Esq., by way of Response to Movant's motion, respectfully represents the following:

1.-2.    Admitted.

3.    Neither affirmed nor denied. The averments set forth in the corresponding paragraph are neither affirmed nor denied as the record before the Court speaks for itself.

4.    Denied.  The Debtor is without the requisite knowledge to attest to the veracity of Movants averment.

5.    Admitted

6.    Amitted.

7.-8.    Denied.  By way of further response, should the debtor owe any post-petition payments, said payments will be paid to bring the account current.

9.    Denied.  Movant's averment is a conclusion of law to which no response is required.

10.    Denied.

**WHEREFORE**, Debtor pray that the Movant's request for relief be denied.

Date: 11/2/2018                              /s/ Brandon Perloff
                                                      Brandon Perloff Esquire.
                                                      Attorney for Debtor