# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re:  Angelina Charles                 :         Chapter 13
        Debtor                   :

_____      :         Bankruptcy No.18-11710-mdc

## **ORDER**

**AND NOW,** this_____ day of _____, 2020, upon consideration of the Debtor's Motion to Modify the Plan (Post-Confirmation), and after Notice and a hearing, the Motion is hereby **GRANTED.**

The Modified Plan filed on December 1, 2020, (Doc #64) complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.

WHEREFORE, it is **ORDERED** that the plan is **CONFIRMED**.

Date:                                                  _____
                                                    Hon. Magdeline D. Coleman
                                                    Chief United States Bankruptcy Judge