# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Angelina Charles | : | |
| Debtor | : | Bky. No. 18-11710-mdc |

## CERTIFICATION OF NO RESPONSE
## TO MOTION TO MODIFY PLAN (POST-CONFIRMATION)

I, Brandon Perloff, Esq, Counsel for Debtor in the above matter, do hereby certify that the MOTION TO MODIFY PLAN (POST-CONFIRMATION) and NOTICE thereof was served on all interested parties on 10/16/2020, and I have not received any Objections or Responses to said Motion. Furthermore, I have not received any Objections or Responses to the MODIFIED PLAN, filed on 12/1/2020 (Doc #64).

WHEREFORE, the Motion is uncontested and the undersigned requests this Honorable Court to enter the proposed Order (Doc #65) submitted subsequent to the Motion on 12/1/2020.

Respectfully submitted,

Date: December 17, 2020

/s/ Brandon Perloff, Esq.
Brandon Perloff, Esquire
415 S. Broad Street, 2R
Philadelphia, PA 19147
bperloff@perlofflaw.com
215-287-4231