# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Angelina Charles | : | Chapter 13 |
| Debtor | : | |
| | : | Bankruptcy No.18-11710-mdc |

## ORDER

**AND NOW,** this ___29th___ day of _____December_____ 2020, upon consideration of the Debtor's Motion to Modify the Plan (Post-Confirmation), and after Notice and a hearing, the Motion is hereby **GRANTED.**

The Modified Plan filed on December 1, 2020, (Doc #64) complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.

WHEREFORE, it is **ORDERED** that the plan is **CONFIRMED**.

Date:

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge