**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | Chapter 13 |
| **Angelina Charles** | : | |
| **Debtor** | : | Bky. No. 18-11710-mdc |

**CERTIFICATION OF NO RESPONSE**
**TO MOTION TO MODIFY PLAN (POST-CONFIRMATION)**

I, Brandon Perloff, Esq, Counsel for Debtor in the above matter, do hereby certify that the MOTION TO MODIFY PLAN (POST-CONFIRMATION) and NOTICE thereof was served on all interested parties on 1/5/2021, and I have not received any Objections or Responses to said Motion. Furthermore, I have not received any Objections or Responses to the MODIFIED PLAN, filed on 1/5/2021 (Doc #73).

WHEREFORE, the Motion is uncontested and the undersigned requests this Honorable Court to enter the proposed Order submitted with the Motion.

Respectfully submitted,

Date: February 2, 2021

/s/ Brandon Perloff, Esq.
Brandon Perloff, Esquire
415 S. Broad Street, 2R
Philadelphia, PA 19147
bperloff@perlofflaw.com
215-287-4231