# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Angelina Charles | : | Chapter 13 |
| Debtor | : | |
| | : | Bankruptcy No.18-11710-mdc |

## ORDER

**AND NOW,** this_____ day of _____, 2021, upon consideration of the Debtor's Motion to Modify the Plan (Post-Confirmation), and after Notice and a hearing, the Motion is hereby **GRANTED.**

The Modified Plan, filed on 2/11/2021 (Doc #78), complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.

WHEREFORE, it is **ORDERED** that the Modified Plan, filed on 2/11/2021 (Doc #78), is **CONFIRMED**.

Date:  
_____  
Hon. Magdeline D. Coleman  
Chief United States Bankruptcy Judge