## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Angelina Charles       :   Chapter 13
    Debtor         :
               :   Bankruptcy No.18-11710-mdc

### ORDER

**AND NOW,** this __22nd__ day of _____February_____, 2021, upon consideration of the Debtor's Motion to Modify the Plan (Post-Confirmation), and after Notice and a hearing, the Motion is hereby **GRANTED.**

The Modified Plan, filed on 2/11/2021 (Doc #78), complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.

WHEREFORE, it is **ORDERED** that the Modified Plan, filed on 2/11/2021 (Doc #78), is **CONFIRMED**.

Date:

                    Magdeline D. Coleman
                    Chief U.S. Bankruptcy Judge