**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Angelina Charles | : | |
| Debtor | : | Bky. No. 18-11710-mdc |

**CERTIFICATION OF NO RESPONSE**
**TO MOTION TO MODIFY PLAN (POST-CONFIRMATION)**

I, Brandon Perloff, Esq, Counsel for Debtor in the above matter, do hereby certify that the MOTION TO MODIFY PLAN (POST-CONFIRMATION) and NOTICE thereof was served on all interested parties on 5/7/2021, and I have not received any Objections or Responses to said Motion.

WHEREFORE, the Motion is uncontested and the undersigned requests this Honorable Court to enter the proposed Order submitted with the Motion.

Respectfully submitted,

Date: May 29, 2021

/s/ Brandon Perloff, Esq.
Brandon Perloff, Esquire
315 N. 12th Street, 204
Philadelphia, PA 19107
bperloff@perlofflaw.com
215-395-8921
267-405-9008 fax