**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

**In Re:**
  **Angelina Charles**                                              13

        **Debtor.**                                     **Bky No.: 18-11710-mdc**

**CERTIFICATION OF NO RESPONSE**
**TO APPLICATION FOR COMPENSATION**

I, Brandon Perloff, Esq, Counsel for Debtor in the above matter, do hereby certify that after the SUPPLEMENTAL APPLICATION FOR COMPENSATION as well as the NOTICE thereof was served on all interested parties on 5/28/2021; neither an objection to the proposed compensation nor an application for any other administrative expenses has been filed.

WHEREFORE, the Application is uncontested and the undersigned requests this Honorable Court to enter the proposed Order submitted with the Application, a copy of which was attached thereto.

                                                                Respectfully submitted,

Date: June 14, 2021                              /s/ Brandon Perloff, Esq.
                                                         Brandon Perloff, Esquire
                                                         Brandon Perloff, P.C.
                                                         315 N. 12th Street, 204
                                                         Philadelphia, PA 19107
                                                         P: (215)-395-8921
                                                         bperloff@perlofflaw.com
                                                         *Attorney for the Debtor*