# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Angelina Charles | : | Chapter 13 |
| Debtor(s) | : | Bankruptcy No.18-11710-mdc |
| | : | |

## **ORDER**

**AND NOW,** this_____ day of _____, 2021, upon consideration of the Debtor's Motion to Modify the Plan (Post-Confirmation), and after Notice and a hearing, the Motion is hereby **GRANTED.**

The Amended Plan (doc # 91, filed on 6/3/2021) complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.

WHEREFORE, it is **ORDERED** that the plan is **CONFIRMED**.

Date: _____

Hon. Magdeline D. Coleman
Chief United States Bankruptcy Judge