Certificate Number: 12433-PAE-DE-036308536

Bankruptcy Case Number: 18-11710



12433-PAE-DE-036308536

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 4, 2022</u>, at <u>11:30</u> o'clock <u>AM EST</u>, <u>Angelina C. Charles</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>February 4, 2022</u>           By:    <u>/s/Candace Jones</u>

                                        Name:  <u>Candace Jones</u>

                                        Title: <u>Counselor</u>