**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                        Chapter 13

                        Bankruptcy No. 18-11710-MDC

ANGELINA CHARLES

6322-6324 N. NORWOOD STREET

PHILADELPHIA, PA 19138

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ANGELINA CHARLES

    6322-6324 N. NORWOOD STREET

    PHILADELPHIA, PA 19138

Counsel for debtor(s), by electronic notice only.

    BRANDON J. PERLOFF, ESQ.
    315 NORTH 12TH STREET
    STE #204
    PHILADELPHIA, PA 19107-

Date: 12/19/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee