**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| ANGELINA CHARLES | : | **CHAPTER 13** |
| DEBTOR | : | |
| | : | **BKY NO.: 18-11710-MDC** |
| | : | |

**<u>AMENDED CERTIFICATE OF SERVICE</u>**

I, Brandon Perloff, Esquire, do hereby certify that true and correct copies of the Notice and Motion To Modify Plan (Post-Confirmation) have been served upon the following interested parties this 15th day of January, 2023.

**Electronically mailed to:**
KENNETH E. WEST
ecfemails@ph13trustee.com, philaecf@gmail.com

KEVIN G. MCDONALD on behalf of Creditor the Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificate holders of the CWABS, Inc.,    Asset-  Backed Certificates, Series 2006-22bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Angelina Charles (email)


**Via First Class Mail**
Pamela Elchert Thurmond
City of Philadelphia
1401 John F. Kennedy Blvd, 5th Floor
Philadelphia, PA 19102

Carmen Marroquin, Bankruptcy Representative
Flagship Credit Acceptance
P.O. Box 3807
Coppell, TX 75019


Respectfully submitted,

Date: 1/15/2023

/s/ Brandon Perloff_____
Brandon Perloff, Esq.
Brandon Perloff, P.C.
215-287-4231