## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| **ANGELINA CHARLES** | : | CHAPTER 13 |
| DEBTOR | : | |
| | : | BKY NO.: 18-11710-MDC |
| | : | |

## ORDER

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan, and after Notice and hearing, and with consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (**Doc. # 106)** is **APPROVED.**


Date:  February 15, 2023

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE