United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 18-11710-mdc
Angelina Charles                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                            User: admin                                       Page 1 of 3
Date Rcvd: Mar 09, 2023                      Form ID: 138OBJ                             Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol     Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#         Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angelina Charles, 6322-6324 N. Norwood Street, Philadelphia, PA 19138-2530 |
| 14073205 | + | Aspen Coll, Pob 10689, Brooksville, FL 34603-0689 |
| 14073208 | #+ | FedLoan Servicing, Attention: Bankruptcy, PO Box 69184, Harrisburg, PA 17106-9184 |
| 14073210 | #+ | Kwartler Manus, LLC, 1429 Walnut Street, Suite 701, Philadelphia, PA 19102-3207 |
| 14073211 | | Lincoln Tech, 1 Plymouth Meeting, Plymouth Meeting, PA 19462 |
| 14131432 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 09 2023 23:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 09 2023 23:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14073204 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 10 2023 00:04:38 | Ashley Funding Services, LLC, assignee of Co.of America Holdings, c/0Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14073203 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 10 2023 00:04:37 | Ashley Funding Services, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14110263 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 10 2023 00:04:38 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14109651 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 10 2023 00:04:37 | Ashley Funding Services, LLC its successors and, assigns as assignee of Syndicated, Office Systems, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14073205 | + | Email/Text: wwilde@aspennational.com | Mar 09 2023 23:53:00 | Aspen Coll, Pob 10689, Brooksville, FL 34603-0689 |
| 14073206 | | Email/Text: megan.harper@phila.gov | Mar 09 2023 23:53:00 | City of Philadelphia, Municipal Services Building, 1401 John F. Kennedy Blvd, 5th Floor, Philadelphia, PA 19102-1595 |
| 14189842 | | Email/Text: megan.harper@phila.gov | Mar 09 2023 23:53:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14079772 | + | Email/Text: bankruptcy@flagshipcredit.com | Mar 09 2023 23:53:00 | Flagship Credit Acceptance, P.O. Box 3807, Coppell, TX 75019-5877 |
| 14073209 | + | Email/Text: bankruptcy@flagshipcredit.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 09, 2023 | Form ID: 138OBJ | Total Noticed: 21 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| | | Mar 09 2023 23:53:00 | Flagship Credit Acceptance, P.O. Box 965, Chadds Ford, PA 19317-0643 |
| 14109202 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 10 2023 00:04:37 | LVNV Funding, LLC its successors and assigns as, assignee of OSI Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14073212 + | Email/Text: bankruptcy@philapark.org | Mar 09 2023 23:54:00 | Philadelphia Parking Authority, 701 Market St. Suite 5400, Philadelphia, PA 19106-2895 |
| 14073213 + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 09 2023 23:53:00 | The Bank of New York Mellon Trustee, c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14080186 + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 09 2023 23:53:00 | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14753211 + | Email/Text: EBN@edfinancial.com | Mar 09 2023 23:53:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14073207 | | Clinton Charles |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 11, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRANDON J PERLOFF | on behalf of Debtor Angelina Charles bperloff@perlofflaw.com kmecf1429@gmail.com;BPerloffPennsylvania1@jubileebk.net |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Turstee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-22 bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2                        User: admin                                Page 3 of 3
Date Rcvd: Mar 09, 2023                Form ID: 138OBJ                        Total Noticed: 21
TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Angelina Charles

        Debtor(s)

Case No: 18−11710−mdc

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 3/9/23

118 − 117
Form 138OBJ